**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK STIVENDER, | No. C-06-7195 MMC |
| Petitioner, | **ORDER DIRECTING SERVICE; EXTENDING DEADLINES** |
| v. | |
| ANTHONY KANE, Warden, | |
| Respondent. | |

On January 26, 2007, the Court issued an order to show cause why the instant habeas petition should not be granted, and ordered respondent to file an answer within 60 days. Said order did not expressly direct the Clerk to serve the respondent, however, and, consequently, the Clerk has not served the petition and order to show cause on respondent.

Accordingly, it is hereby ORDERED that:

1. The Clerk of the Court shall serve by certified mail a copy of this order, the Court's January 26, 2007 order, and the petition, along with all attachments thereto, upon respondent and respondent's attorney, the Attorney General for the State of California.

2. The deadlines set forth in the Court's January 26, 2007 order are hereby EXTENDED, as follows:

   a. Respondent shall file with the Court and serve on petitioner, within 60 days of the date this order is filed, an answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be granted based on petitioner's cognizable claim.  Respondent shall file with the answer and serve on petitioner a copy of all portions of the state trial record that have been transcribed previously that are relevant to a determination of the issues presented by the petition and that have not previously been filed with the Court.

  If petitioner wishes to respond to the answer, he shall do so by filing a traverse with the Court and serving it on respondent within 30 days of the filing of the answer.

   b. In lieu of an answer, respondent may file, within 60 days of the date this order is filed, a motion to dismiss on procedural grounds, as set forth in the Advisory Committee Notes to Rule 4 of the Rules Governing Section 2254 Cases.  If respondent files such a motion, petitioner shall file with the Court and serve on respondent an opposition or statement of non-opposition within 30 days of the filing of the motion, and respondent shall file with the Court and serve on petitioner a reply within 15 days of the filing of any opposition.

**IT IS SO ORDERED.**

Dated: May 10, 2007

              MAXINE M. CHESNEY
              United States District Judge