IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK STIVENDER, | No. C-06-7195 MMC |
| Petitioner, | **ORDER GRANTING MOTION TO VOLUNTARILY DISMISS PETITION** |
| v. | |
| ANTHONY KANE, Warden, | (Docket No. 12) |
| Respondent. | |

Before the Court is a motion filed June 15, 2007 to voluntarily dismiss the instant petition due to the death of the petitioner. For good cause shown, the motion is hereby GRANTED and the petition is hereby DISMISSED with prejudice.

**IT IS SO ORDERED.**

Dated: June 20, 2007

MAXINE M. CHESNEY
United States District Judge